# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROSALIE YANAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | |
| **MICHAEL J. ASTRUE,** | § | **SA-08-CV-0400 RF (NN)** |
| **Commissioner of the Social** | § | |
| **Security Administration,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

All matters for which this cause was referred to the Magistrate Judge having been considered and acted upon,

It is **ORDERED** that the above-entitled and numbered cause be, and it hereby is, **RETURNED** to the district court for all purposes.

**SIGNED** on January 30, 2009.

_Nancy Stein Nowak_

NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE